[No. 6371-1. Division One. April 9, 1979.]

*In the Matter of the Personal Restraint of* GLENN
R. GIBSON, *Petitioner.*

Petition for relief from personal restraint. *Denied* by
unpublished opinion per Callow, C.J., concurred in by
James and Williams, JJ.

[No. 6393-1. Division One. April 9, 1979.]

DONALD J. WILKINS, ET AL, *Appellants,* v. JOHN
RUSSELL STROM, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 820543, Frank H. Roberts, Jr., J., entered
February 14, 1978. *Affirmed* by unpublished opinion per
Dore, J., concurred in by Swanson, A.C.J., and Ringold, J.

[No. 6553-1. Division One. April 9, 1979.]

FAYE HYDE, *Respondent,* v. MARIE M. BRIGGS,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 821809, Lloyd W. Bever, J., entered April 25,
1978. *Affirmed* by unpublished opinion per Farris, A.C.J.,
concurred in by Williams and Dore, JJ.

[No. 6652-1. Division One. April 9, 1979.]

LAUREN D. AUSTIN, *Appellant,* v. THE DEPARTMENT
OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 143998, Thomas G. McCrea, J.,
entered May 11, 1978. *Affirmed* by unpublished opinion per
Swanson, A.C.J., concurred in by Farris and Ringold, JJ.